IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| MICHAEL WILLIAM BURKETT, JR., § § Petitioner, § § v. § § DOUGLAS DRETKE, Director, § Texas Department of Criminal Justice, § Correctional Institutions Division, § § Respondent. § | 2:05-CV-0250 |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary case. On September 20, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied as petitioner did not lose any previously accrued good time credits. On October 3, 2005, petitioner filed objections to the Report and Recommendation contending that his demotion to Line Class I, which has resulted in a reduction in time earning status and the setting of a new mandatory supervised release date, indicates "good time credits were lost" for purposes of challenging a prison disciplinary proceeding by way of federal habeas corpus. Petitioner did not submit, with his objections, any evidence that the disciplinary proceeding resulted in the loss of *previously accrued* good time credits.

The undersigned United States District Judge has made an independent examination of

the record in this case. Petitioner's objections are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DENIED.

IT IS SO ORDERED.

ENTERED this _11th_ day of _October_ 2005.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE